UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                MAG. 05-300 PAN

    v.

CARLOS I. SOLANO-REATEGUI,            ORDER

        Defendant.

-o0o-

    Plaintiff's application for reconsideration filed October 19, 2005, is granted and a court trial is scheduled for 9:00 a.m., Thursday, January 19, 2006.

    So ordered.

    Dated:  November 28, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge